IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| TREASA FURR HOSKINS f/k/a<br>TREASA L.F. OLIVERIO,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. WILSON and THE<br>LAW OFFICE OF CHRISTOPHER M.<br>WILSON, PLLC,<br><br>Defendants. | Civil No. 1:13-cv-141<br><br>Judge Irene M. Keeley<br><br><br>**ELECTRONICALLY FILED** |

**AGREED DISMISSAL ORDER**

AND NOW, this day came the above Plaintiff and Defendants, by counsel, and hereby represent to the Court that all matters in controversy between them have been settled and moved the Court to dismiss this action, with prejudice, and to remove the above-captioned lawsuit from this Court's docket.

It is therefore, ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE and agreed settled as to all matters declared upon and that each of the parties hereto shall bear their own costs and attorney's fees. It is further ORDERED that this matter be and hereby is STRICKEN from the Court's docket. The Clerk of Court is directed to provide a certified copy of this Order to all counsel of record.

BY THE COURT:

*Irene M. Keeley*

_____,J.

ENTERED: This 12th day of February, 2014.

**APPROVED FOR ENTRY BY:**

    WINTER & JOHNSON PLLC    LOGUE LAW FIRM LLC

By:   /s/ David D. Johnson, III    By:   /s/ Matthew T. Logue
       David D. Johnson, III, Esquire       Matthew T. Logue, Esquire
       WV State Bar No. 1895       WV State Bar No. 9123
       djohnson@wjh-law.com       matt@loguefirm.com

       216 Brooks Street, Suite 201 (25301)       235 High Street, Suite 228
       PO Box 2187       Morgantown, WV 26505
       Charleston, WV 25328       (412) 456-1266
       (304) 345-7800

                                                        Scott M. Hare, Esquire (Pro Hac Vice)

       *Counsel for Defendants*

                                                        *Counsel for Plaintiff*